UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DELANO SPORT CENTER, INC., <br> d/b/a DONAHUE HARLEY-DAVIDSON, <br><br> Plaintiff, <br><br> v. <br><br> HARLEY-DAVIDSON MOTOR <br> COMPANY, INC., <br><br> Defendant. | Case No. 06-cv-04408-PAM-JSM |

**ORDER FOR DISMISSAL**

Upon the stipulation of the parties, It Is Hereby Ordered that the above-captioned action is dismissed on its merits, with prejudice, and without costs or attorneys' fees to either party.

Dated this __13__ day of July, 2009

_____ BY THE COURT:


s/Paul A. Magnuson
Paul A. Magnuson, Judge
United States District Court